1  MATTHEW W. HOFFMANN, ESQ.
   Nevada Bar No. 9061
2  ATKINSON WATKINS & HOFFMANN, LLP
   10789 W. Twain Ave., Suite 100
3  Las Vegas, NV  89135
   Telephone: 702-562-6000
4  Facsimile: 702-562-6066
   Email: mhoffmann@awhlawyers.com
5  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIENNE ANDROWSKI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants. | CASE NO.:  2:17-cv-01266-GMN-CWH<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

COMES NOW, Plaintiff, ADRIENNE ANDROWSKI, by and through her counsel of record, ATKINSON WATKINS & HOFFMANN, LLP, and Defendants, FARMERS INSURANCE EXCHANGE, by and through their counsel of record, KARL H. SMITH, ESQ., and hereby stipulate and agree as follows:

## I.

## STIPULATION

IT IS HEREBY STIPULATED that Plaintiff be allowed to file a First Amended Complaint correcting Defendant's name from FARMERS INSURANCE EXCHANGE to MID-CENTURY INSURANCE COMPANY.  Said stipulation is made in accordance with FRCP Rule 15. Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit 1.

. . .

. . .

The parties expressly acknowledge that as of the filing of this Stipulation, no new parties have answered or otherwise appeared in this matter besides Plaintiff and Defendant.

DATED this 16th day of January, 2018.    DATED this 16th day of January, 2018.

/s/ Matthew W. Hoffmann, Esq.    /s/ Sarah A. Smith, Esq.
Matthew W. Hoffmann, Esq.    Sarah A. Smith, Esq.
ATKINSON WATKINS & HOFFMANN LLP    State Bar No. 007521
Nevada Bar No. 9061    LAW OFFICES OF KARL H. SMITH
10789 W. Twain Ave., Suite 100    7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89135    Las Vegas, Nevada 89113
*Attorneys for Plaintiff*    *Attorneys for Defendants*

## **O R D E R**

IT IS HEREBY ORDERED, that Plaintiff be allowed to file a First Amended Complaint correcting Defendant's name from FARMERS INSURANCE EXCHANGE to MID-CENTURY INSURANCE COMPANY, pursuant to FRCP Rule 15.

Dated this ___ January 17, 2018

_____
FEDERAL COURT JUDGE

Respectfully submitted by:

ATKINSON WATKINS & HOFFMANN LLP

/s/ Matthew W. Hoffmann
Matthew W. Hoffmann, Esq.
Nevada Bar No. 9061
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
*Attorneys for Plaintiff*

MWH2160