MATTHEW W. HOFFMANN, ESQ.
Nevada Bar No. 009061
ATKINSON WATKINS & HOFFMANN, LLP
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
Telephone: 702-562-6000
Facsimile: 702-562-6066
Email: mhoffmann@awhlawyers.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

ADRIENNE ANDROWSKI, an individual;

Plaintiff,

v.

MID CENTURY INSURANCE COMPANY; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;

Defendants.

CASE NO.: 2:17-cv-01266-GMN-CWH

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
(First Request)

COME NOW, Plaintiff, ADRIENNE ANDROWSKI (hereinafter referred to as "Plaintiff"), by and though her attorneys of record, MATTHEW W. HOFFMANN, ESQ. and the law firm of ATKINSON WATKINS & HOFFMANN, LLP, and Defendant, MID CENTURY INSURANCE COMPANY (hereinafter referred to as "Defendant"), by and through its attorneys of record, SARAH SMITH, ESQ. and the LAW OFFICES OF KARL H. SMITH, and hereby stipulate, agree and make this joint application to extend the discovery deadlines for a period of thirty (30) days, from April 16, 2018 to May 16, 2018. This stipulation is made and based upon the following facts and for the following reasons:

. . .

## I. INTRODUCTION

This action arises from an automobile collision that occurred on November 6, 2015. Plaintiff was traveling northbound on US95, south of the SR582 northbound on-ramp in the number one travel lane. The adverse driver, Constance Stozer, was traveling behind Plaintiff. At said place and time, the adverse driver negligently and carelessly slammed into the rear of Plaintiff's vehicle.

The adverse driver's insurance policy did not provide sufficient funds with which to compensate Plaintiff for her injuries and damages. Plaintiff filed a claim for Underinsured Motorists Benefits with Defendant pursuant to the subject policy, and Defendant failed to perform their duties under subject policy by failing to make a reasonable settlement offer or to provide any explanation for their unreasonable offer in a timely manner.

## II. DISCOVERY COMPLETED TO DATE

On November 7, 2017, the Court signed the parties' Stipulated Discovery Plan and Scheduling Order, setting forth the following discovery deadlines:

- Initial Expert Disclosure Deadline      February 15, 2018
- Rebuttal Expert Disclosure Deadline      March 16, 2018
- Discovery cutoff      April 16, 2018
- Last day to file dispositive motions      May 16, 2018
- Last day to file Pretrial Order      June 15, 2018

Trial for this matter has not yet been set.

To date, the parties have completed the following discovery:

1. Plaintiff served her Initial Disclosures Pursuant to Fed. R. Civ. P. 26 on October 31, 2016.

2. Defendant served its Initial Disclosures Pursuant to Rule 26(a)(1) on November 7, 2017.

3. A Stipulated Discovery Plan and Scheduling Order was submitted on November 6, 2017 and approved by this Honorable Court on November 7, 2017.

4. On November 8, 2017, Defendant served Interrogatories and Requests for Production of Documents and Physical Evidence and Authorization on Plaintiff.

5. On November 16, 2017, Plaintiff served her First Set of Interrogatories and First Set of Requests for Production of Documents on Defendant.

6. On December 1, 2017, Defendant served its Notice of Deposition on Plaintiff.

7. On December 8, 2017, Defendant served its Notice of Independent Medical Examination on Plaintiff.

8. On January 4, 2018, Plaintiff served her First Supplemental Disclosures Pursuant to Rule 26(a)(1).

9. On January 4, 2018, Plaintiff served her Answers to Defendant's First Set of Interrogatories and Answers to First Set of Requests for Production of Documents and Physical Evidence and Authorizations upon Defendant.

### III. DISCOVERY REMAINING

1. Deposition of Defendant Mid Century Insurance Company's NRCP 30(b)(6) Witness(es)

2. Depositions of witnesses, as necessary

3. Depositions of expert witnesses

4. Depositions of Plaintiff's medical providers, as necessary

5. The parties may need to conduct further written discovery

### IV. REASON DISCOVERY REMAINING WAS NOT CONDUCTED DURING THE SCHEDULED DISCOVERY PERIOD

The parties have been diligent in their discovery efforts, including obtaining Plaintiff's medical records, preparing their initial disclosures and supplements thereto, preparing written discovery and responding to the same, and conducting depositions. However, in order to allow Plaintiff and Defendant the opportunity to retain, identify and disclose experts and their reports, Plaintiff and Defendant have agreed to extend the current discovery deadline for thirty (30) days.

## V. PROPOSED SCHEDULE

The parties propose the following new deadlines:

- Initial Expert Disclosure Deadline — March 19, 2018
- Rebuttal Expert Disclosure Deadline — April 16, 2018
- Discovery Cutoff — May 16, 2018
- Last day to file dispositive motions — June 15, 2018
- Last day to file Pretrial Order — July 16, 2018[1]

**THE FOREGOING IS HEREBY STIPULATED AND AGREED**

Dated this 15th day of February, 2018.

ATKINSON WATKINS
& HOFFMANN, LLP

BY: /s/ Matthew W. Hoffmann, Esq.
MATTHEW W. HOFFMANN, ESQ.
Nevada Bar No. 009061
10789 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89135
Attorney for Plaintiff

Dated this 15th day of February, 2018.

LAW OFFICES OF KARL H. SMITH

BY: /s/ Sarah Smith, Esq.
SARAH SMITH, ESQ.
Nevada Bar No. 007521
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, Nevada 89113
Attorney for Defendant

---

[1] In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended for thirty (30) days after a decision on the dispositive motions or further Order of the Court.

# ORDER

Based upon the stipulation between the parties, and good cause appearing therefrom, it is hereby ORDERED:

1. That the current discovery cutoff date be extended for a period of thirty (30) days, through and including May 16, 2018.

2. That the disclosure of experts shall occur on or before March 19, 2018.

3. The Interim Status Report shall be filed by on or before March 19, 2018.

4. That the disclosure of rebuttal experts shall occur on or before April 16, 2018.

5. That all dispositive motions shall be served and filed no later than June 15, 2018.

6. That the parties Joint Pretrial Order shall be filed with the Court no later than July 16, 2018, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision of the dispositive motions or further Order of the Court.

DATED: February 16, 2018

_____
UNITED STATES MAGISTRATE JUDGE