SARAH A. SMITH, ESQ.
State Bar No. 7521
**THE LAW OFFICES OF KARL H. SMITH**
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
Phone: (702) 408-3800
sarah.smith8@farmersinsurance.com
Attorney for Defendant, MID CENTURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

~~~~~~~

| | |
|---|---|
| ADRIENNE ANDROWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MID CENTURY INSURANCE COMPANY; DOES I-X; ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-01266-GMN-CWH |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, by and through counsel of record, Matthew W. Hoffmann, Esq., and Defendant, by and through counsel of record, Sarah A. Smith, Esq., of the Law Offices of Karl H. Smith, that the above entitled matter may be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein.

IT IS FURTHER STIPULATED AND AGREED TO that a Scheduling Order has not been entered, therefore no firm trial date has been set.

DATED: 5/10, 2018

ATKINSON WATKINS & HOFFMAN, LLP

BY: _____
MATTHEW W. HOFFMANN, ESQ. #009061
Attorney for Plaintiff, Adrienne Androwski
10789 West Twain Ave, Suite 100
Las Vegas, NV 89135
Telephone: (702) 562-6000

1

DATED: 5/10, 2018          THE LAW OFFICES OF KARL H. SMITH

                     BY: /s/ Sarah Smith
                         _____
                         SARAH A. SMITH, ESQ., # 7521
                         Attorney for Defendant, Mid Century Insurance Company
                         7455 Arroyo Crossing Parkway, Suite 200
                         Las Vegas, NV 89113
                         Telephone: (702) 408-3800

## ORDER

IT IS SO ORDERED this  22  day of  May , 2018. Case number 2:17-cv-01266-GMN-CWH, is Dismissed, With Prejudice.  No Jury Trial scheduled.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

THE LAW OFFICES OF KARL H. SMITH

/s/ Sarah Smith
_____
Sarah A. Smith, Esq.
Attorney for Defendant